U.S. DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-CV-20008-COOKE/TORRES

LORI MARIE DIAZ,

    Plaintiff,

vs.

CARNIVAL CORPORATION, d/b/a
CARNIVAL CRUISE LINES, a
foreign corporation,

    Defendant.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Order of this Court and consistent with the Local Rules of the United States District Court for the Southern District of Florida and the Federal Rules of Civil Procedure, the parties advise the Court that: .

**IT IS STIPULATED** by and between the Plaintiffs, LORI MARIE DIAZ, and Defendant, CARNIVAL CORPORATION, d/b/a CARNIVAL CRUISE LINES, a foreign corporation, that all the claims and causes of action between or among the parties have been amicably resolved, and that all the claims and causes of action between or among the above parties are hereby dismissed with prejudice, each party to bear its own costs and fees.

DATED this _16th_ day of _September_, 2016

| | |
|---|---|
| GLENN J. HOLZBERG, ESQ. | J. MICHAEL MAGEE, ESQ. |
| LAW OFFICE OF GLENN J. HOLZBERG | CARNIVAL CRUISE LINE |
| Attorney for Plaintiff | Attorney for Defendant |
| Offices at Pinecrest II – Suite 220 | 3655 N.W. 87th Avenue |
| 7685 S.W. 104th Street | Miami, Florida 33178-2428 |
| Miami, Florida 33156 | Direct Line: (305) 406-5453 |
| Telephone: (305) 668-6410 | Dedicated Judge's Phone (305) 406-5399 |
| Facsimile: (305) 667-6161 | (For Judges only) |
| | Legal Asst. Maria Rodriguez (305) 599-2600 x 18026 |
| By _/s/ Glenn J. Holzberg_ | Tel. No.: (305) 599-2600 – Legal Services Dept. |
|     GLENN J. HOLZBERG, ESQ. | Facsimile: (305)406-4732 |
|     FLA. BAR NO. 369551 | |
| | By _/s/ J. Michael Magee_ |
| |     J. MICHAEL MAGEE, ESQ. |
| |     FLA. BAR NO. 739642 |